SALAS_J.gar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP -8 2005 ?p
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JESSICA QUENGA SALAS, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> MDI GUAM CORPORATION ) <br> dba LEO PALACE RESORT, ) <br> ) <br> Garnishee. ) <br> _____) | CRIMINAL CASE NO. 01-00067 <br><br> **STIPULATED MOTION FOR WRIT OF CONTINUING GARNISHMENT** |

WHEREAS Defendant, JESSICA QUENGA SALAS, P.O. Box XXXXXX, Hagåtña, Guam 96932, Social Security Number XXX-XX-5390, has requested that wages paid to the judgment defendant, in the amount of $50.00 per pay period be made payable to the Clerk, U.S. District of Guam for payment toward her restitution that is due and owing;

//

//

| | |
|---|---|
| 1 | Plaintiff, UNITED STATES OF AMERICA, and Defendant, JESSICA QUENGA |
| 2 | SALAS, hereby jointly move the Court for an order of a writ of continuing garnishment on the |
| 3 | wages paid to the judgment defendant, in the amount of $50.00 per pay period until her |
| 4 | restitution obligation is paid in full. |

Dated: _____

                                          JESSICA QUENGA SALAS
                                          Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 9-8-05         By: _____
                                            MARIVIC P. DAVID
                                            Assistant U.S. Attorney