ORIGINAL

1  SALAS_J.gar

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP -9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 01-00067 |
| Plaintiff, ) | |
| vs. ) | **WRIT OF CONTINUING GARNISHMENT** |
| JESSICA QUENGA SALAS, ) | |
| Defendant, ) | |
| MDI GUAM CORPORATION ) dba LEO PALACE RESORT, ) | |
| Garnishee. ) | |

Upon stipulated motion of Plaintiff and Defendant for an order of Writ of Continuing Garnishment on Defendant, JESSICA QUENGA SALAS's wages in the amount of $50.00 per pay period;

//

//



IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $50.00 per pay period of JESSICA QUENGA SALAS, Social Security Number XXX-XX-5390, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

>U.S. District Court of Guam
>4th Floor, U.S. Courthouse
>520 West Soledad Avenue
>Hagåtña, Guam 96910

DATED this _____ day of __SEP - 9 2005__, 2005.

/s/ E. Barrett Ano.
ELIZABETH BARRETT-ANDERSON
DESIGNATED JUDGE
District Court of Guam



RECEIVED
SEP - 8 2005 AP
DISTRICT COURT OF GUAM
HAGATNA, GUAM