SALAS_J.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 24 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JESSICA QUENGA SALAS,<br><br>　　　　Defendant,<br><br>MDI GUAM CORPORATION<br>dba LEO PALACE RESORT,<br><br>　　　　Garnishee. | CRIMINAL CASE NO. 01-00067<br><br>**MOTION TO TERMINATE<br>WRIT OF CONTINUING<br>GARNISHMENT** |

On or about September 9, 2005, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about August 23, 2006, our office

//
//
//
//
//
//

confirmed with the garnishee that defendant is no longer employed with them as of August 11, 2006. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant JESSICA QUENGA SALAS.

DATED this 24th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney