ORIGINAL

SALAS_J.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 29 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 01-00067 |
| Plaintiff, ) | |
| vs. ) | **FINAL ACCOUNTING UPON** |
| ) | **TERMINATION OF GARNISHMENT** |
| JESSICA QUENGA SALAS, ) | |
| Defendant, ) | |

## FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: MDI Guam Corporation
dba Leo Palace Resort
Attn.: Payroll Department
P.O. Box 24486
GMF, Guam 96921

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about September 9, 2006, $1,250.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

1  You are notified that you have ten (10) days from the receipt of this final accounting to
2  file a written objection to the accounting and request a hearing in accordance with Title 28,
3  U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the
4  written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse,
5  520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena
6  Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.
7  DATED this 24th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 2001Z00116

DEBTOR: Salas, Jessica Quenga
COLLECTION TYPE: 6A
BALANCE AS OF AUGUST 10, 2006:     $17,064.99

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 23-SEP-2005 | CL/A | 0027134 |          | $   50.00 |
| 28-SEP-2005 | GC/H | 0027150 | 00848861 | 50.00 |
| 11-OCT-2005 | GC/H | 0027261 | 00854872 | 50.00 |
| 21-OCT-2005 | GC/H | 0027384 | 00859462 | 50.00 |
| 03-NOV-2005 | GC/H | 0027465 |          | 50.00 |
| 17-NOV-2005 | GC/H | 0027552 | 00869080 | 50.00 |
| 07-DEC-2005 | GC/H | 0027672 | 00874090 | 50.00 |
| 20-DEC-2005 | GC/H | 0027757 | 00879760 | 50.00 |
| 30-DEC-2005 | GC/H | 0027822 | 00885073 | 50.00 |
| 13-JAN-2006 | GC/H | 0027919 | 00890466 | 50.00 |
| 30-JAN-2006 | GC/H | 0027993 | 00895546 | 50.00 |
| 15-FEB-2006 | GC/H | 0028112 | 00900721 | 50.00 |
| 23-FEB-2006 | GC/H | 0028167 | 00905338 | 50.00 |
| 09-MAR-2006 | GC/H | 0028242 | 00910320 | 50.00 |
| 24-MAR-2006 | GC/H | 0028333 | 00915794 | 50.00 |
| 24-APR-2006 | GC/H | 0028464 | 00925578 | 50.00 |
| 24-APR-2006 | GC/H | 0028465 | 00920452 | 50.00 |
| 05-MAY-2006 | GC/H | 0028525 | 00930001 | 50.00 |
| 23-MAY-2006 | GC/H | 0028611 | 00934636 | 50.00 |
| 02-JUN-2006 | GC/H | 0028662 | 00939213 | 50.00 |
| 15-JUN-2006 | GC/H | 0028724 | 00943858 | 50.00 |
| 29-JUN-2006 | GC/H | 0028854 | 00948678 | 50.00 |
| 14-JUL-2006 | GC/H | 0028985 | 00953446 | 50.00 |
| 28-JUL-2006 | GC/H | 0029135 | 00958227 | 50.00 |
| 10-AUG-2006 | GC/H | 0029430 | 00963091 | 50.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:     **$1,250.00**

- 3 -