**SALAS_J.taxwrit3**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESSICA QUENGA SALAS, <br><br> Defendant, <br><br>——————————————— <br> DEPARTMENT OF REVENUE <br>   AND TAXATION, <br> GOVERNMENT OF GUAM, <br><br> Garnishee. | CRIMINAL CASE NO. 01-00067 <br><br><br> **WRIT OF GARNISHMENT** <br> (TAX YEAR 2006) |

 Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant JESSICA QUENGA SALAS' income tax refund including tax year 2006.

//
//
//
//
//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2006 account of Jessica Quenga Salas, Social Security Number XXX-XX-5390, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 01-00067** to ensure her account is properly credited.

So Ordered.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Feb 01, 2008**