SALAS_J.taxsvc2

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 01-00067 |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JESSICA QUENGA SALAS | ) **CERTIFICATE OF SERVICE** |
| Defendant, | ) (TAX YEAR 2007) |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) |
| Garnishee. | ) |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Garnishment (Tax Year 2007)** and **Writ of Garnishment (Tax Year 2007)** were sent to the defendant and garnishee by mail on April 28, 2008.

DATED this 30th day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov